UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUFUS J. HAMPTON, III, ET AL.

VERSUS

PATRICK PAGE CORTEZ, ET AL.

CIVIL ACTION

23-1542-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated October 8, 2025. Plaintiffs filed *Objections*[2] which the Court has considered. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's claims against all defendants, are dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 25 day of November, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 17.
[2] Rec. Docs. 18, 19, 20 and 21.